UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DORNELL WIGFALL, PRO SE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 00-12274-DPW |
| RONALD DUVAL, | ) | |
| PAUL DIPAOLO, | ) | |
| TERRENCE McCROSSEN, | ) | |
| HAVERTY, | ) | |
| RANDY FISHER, | ) | |
| SHEA, | ) | |
| CHRIS CROWN, | ) | |
| LARRY MARSHALL, | ) | |
| SEAN DEWEY, | ) | |
| LYNDE, | ) | |
| ANN GOSSELIN, | ) | |
| ROBERT MUIR, | ) | |
| DAVID HAMMOND, | ) | |
| FREDDY GONZALES, | ) | |
| DAVID JELENIEWSLEI, | ) | |
| MICHAEL FRICK, | ) | |
| ANTHONY FERRIRA, | ) | |
| BRADEY, | ) | |
| JOSEPH O'BRIAN, | ) | |
| ROY,    HSU MEDIC, | ) | |
| MICHAEL DICKAUT, | ) | |
| JOHN DOE'S, INVOLVED, | ) | |
| MICHAEL MALONEY, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**[*]

---

[*] The caption of this Final Judgment follows the complaint as filed by Mr. Wigfall. The allegations concerning the identities of defendants were not fully developed when the pro se complaint was authorized for filing. Consequently, it reflects the defendants' identities to the degree they were understood at the conclusion of discovery.

2

In accordance with the Memorandum and Order of Findings of Fact and Conclusions of Law [Dkt. No. 205] issued on August 12, 2024, it is hereby ORDERED:

Judgment for the Defendants Shaun (a/k/a Sean) Dewey, Robert Shea and Larry Marshall against the Plaintiff Dornell Wigfall.

IT IS FURTHER ORDERED:

In accordance with the Memorandum and Order [Dkt. No. 69] issued on March 29, 2002, allowing the Defendants' Motion to Dismiss,

Defendants, Robert Duval, Paul DiPaolo, (Mr.) Scott Lynde, Maryan (a/k/a Ann) Gosselin, David Hammond, Freddy Gonzalez (a/k/a Gonzales), Michael Frick, Matthew (a/k/a Joseph) O'Brian and Medic Roy, HSU, are hereby DISMISSED.

IT IS FURTHER ORDERED:

In accordance with the Memorandum and Order [Dkt. No. 13] issued on December 19, 2000,

Defendants, Terrence McCrossen, Mr. Haverty, Randy Fisher, Chris Crown, Robert Muir, David Jeleniewslei, Anthony Ferrira, Mr. Bradley, Michael Dickaut and Michael Maloney, are hereby DISMISSED.

IT IS FURTHER ORDERED:

The so-called "John Doe's Involved" not ever having been identified, or served after discovery and trial was completed in this litigation, the allegations concerning them are stricken.

Accordingly, this case is CLOSED.

DATE:  August 12, 2024                    **/s/ Douglas P. Woodlock**
                                          DOUGLAS P. WOODLOCK
                                          UNITED STATES DISTRICT JUDGE